# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138307

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHNNY RENO HUDSON,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138307
COA: 282752
Oakland CC: 2004-197825-FC

      On order of the Court, the application for leave to appeal the July 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

s0831

_____
Clerk